**John WOODLAND, Petitioner–Appellant,**

v.

**Thomas R. CORCORAN, Warden Maryland House of Correction; Attorney General for the State of Maryland, Respondents–Appellees.**

**No. 01–7171.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

John Woodland, pro se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

John Woodland appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Woodland v. Corcoran*, No. CA–99–352–PJM (D.Md. filed July 10, 2001; entered July 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*